# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVONTAE AMARRI WHEELER,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE MICHELLE
LEAVITT, DISTRICT JUDGE,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 78442

FILED

MAY 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This petition for a writ of mandamus or prohibition challenges a district court order denying a motion to sever. Because petitioner may challenge the order denying his motion to sever on appeal if he is convicted, *see* NRS 177.015(3); NRS 177.045, we decline to exercise original jurisdiction in this matter. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."); *see also Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that the issuance of a writ of mandamus is discretionary). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

19-21398

cc: Hon. Michelle Leavitt, District Judge
James J. Ruggeroli
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk